# Third District Court of Appeal

## State of Florida

Opinion filed September 14, 2022.
Not final until disposition of timely filed motion for rehearing.

_____

No. 3D22-996
Lower Tribunal No. F88-21370A
_____

**Felix de la Hoz,**
Appellant,

vs.

**The State of Florida,**
Appellee.

An Appeal under Florida Rule of Appellate Procedure 9.141(b)(2) from the Circuit Court for Miami-Dade County, Teresa Pooler, Judge.

Felix de la Hoz, in proper person.

Ashley Moody, Attorney General, and Sandra Lipman, Assistant Attorney General, for appellee.

Before LINDSEY, GORDO and LOBREE, JJ.

PER CURIAM.

Affirmed.